UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60400-CIV-SINGHAL/TORRES

ANNA MARIA WILLIAMS,

    Plaintiff,

vs.

MARTIN O'MALLEY, Acting
Commissioner of Social
Security Administration,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** has come before the Court upon the Amended Report and Recommendation on the Parties' Cross-Motions for Summary Judgment (DE [25]) of the Magistrate Judge recommending that Plaintiff's Motion for Summary Judgment (DE [11]) be granted, Defendant's Motion for Summary Judgment (DE [15]) be denied, and the Administrative Law Judge's decision be reversed and remanded to the Commissioner of the Social Security Administration for further proceedings. The Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the Amended Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Amended Report and Recommendation on the Parties' Cross-Motions for Summary Judgment (DE [25]) is **AFFIRMED** and **ADOPTED.** Plaintiff's Motion for Summary Judgment (DE [11]) is **GRANTED**. Defendant's Motion for Summary Judgment (DE [15]) is **DENIED.** The Administrative Law Judge's decision is **REVERSED**, and this case is **REMANDED** to the

Commissioner of the Social Security Administration for further proceedings consistent with this opinion.  A separate Final Judgment in favor of Plaintiff will be entered.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 23rd day of September 2024.

```
_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE
```

Copies furnished counsel via CM/ECF